## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION – CINCINNATI

| | | | |
|---|---|---|---|
| ERIC ALVAREZ, | | : | Case No. 1:24-cv-686 |
| | | : | |
| | Plaintiff, | : | Judge Matthew W. McFarland |
| | | : | Magistrate Judge Stephanie K. Bowman |
| v. | | : | |
| | | : | |
| ERIC E. ALVAREZ, JR., | | : | |
| | | : | |
| | Defendant. | : | |
| | | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the entirety of said Report and Recommendation and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND