IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ERIC ALVAREZ, | : | Case No. 1:24-cv-686 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ERIC E. ALVAREZ, JR., | : | |
| Defendant. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 10), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation. Pursuant to 28 U.S.C. § 1915(a)(3), the Court **CERTIFIES** that any appeal would not be taken in good faith and **DENIES** Plaintiff's Motion for Leave to Proceed in Forma Pauperis on Appeal (Doc. 8).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND